447 A.2d 647

Commonwealth v. McCormick, Appellant.

Argued March 1, 1982. D. Webster Keogh, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.